UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROLAND GRANT PREJEAN,
    Plaintiff,

v.                                                            C.A. 10-503 S

BRIAN K. MURPHY, ET AL.,
    Defendants.

ORDER

The Report and Recommendations of United States Magistrate Judge Jacob Hagopian filed on May 10, 2011 (document #5) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, the above-captioned matter is hereby DISMISSED without prejudice.

ENTER:

_____
William E. Smith
United States District Judge

Date: 6/3/11